No. 98–7819. VILLAREAL v. UNITED STATES; and

No. 98–7900.   MALISZEWSKI *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.   Reported below: 161 F. 3d 992.